Eva M. Weiler (SBN: 233942)
eweiler@shb.com
Brian P. Ziska (SBN: 272043)
bziska@shb.com
SHOOK, HARDY & BACON L.L.P.
Jamboree Center
5 Park Plaza, Suite 1600
Irvine, California 92614-2546
Telephone:    949-475-1500
Facsimile:    949-475-0016

Attorneys for Defendant
sanofi-aventis U.S. LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY CALKINS,<br>          Plaintiff,<br>     v.<br><br>SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, separately and doing business as WINTHROP U.S., HOSPIRA WORLDWIDE, INC.; and SUN PHARMA GLOBAL INC.; and McKESSON CORPORATION d/b/a McKESSON PACKAGING; and SANDOZ INC.; and ACCORD HEALTHCARE, INC.; and PFIZER, INC.; and ACTAVIS PHARMA, INC.; and NORTHSTAR RX LLC; and EAGLE PHARMACEUTICALS, INC.<br><br>          Defendants. | CASE NO.: 2:17-cv-01954-WBS-GGH<br><br>**STIPULATION EXTENDING TIME FOR SANOFI-AVENTIS U.S. LLC TO RESPOND TO THE COMPLAINT BY 28 DAYS**<br><br>Complaint Served:  August 23, 2017 (as to sanofi-aventis U.S. LLC)<br><br>Current Response Date: September 27, 2017<br><br>New Response Date:  October 25, 2017 |

Plaintiffs Rosemary Calkins and Larry Calkins ("plaintiffs") and defendant sanofi-aventis U.S. LLC ("sanofi"), through their undersigned counsel, hereby stipulate as follows:

WHEREAS, plaintiffs filed the Complaint in this case on March 30, 2017, in the Superior Court of California, Sacramento (Case No. 34-2017-00210317);

WHEREAS, sanofi was served on August 23, 2017;

WHEREAS, defendant sanofi-aventis U.S. LLC removed this case to this Court on September 20, 2017;

WHEREAS, sanofi's deadline to respond to the Complaint is September 27, 2017;

WHEREAS, this case is related to the cases pending in a coordinated Multidistrict Litigation (MDL) in the Eastern District of Louisiana: In re Taxotere (Docetaxel) Products Liability Litigation, Case No. 16-md-2740-KDE-MBN (see Notice of Related Cases, ECF No. 3);

WHEREAS, the parties anticipate that this case will be subject to transfer to the pending MDL;

WHEREAS, the parties agree that it will conserve the Court's and the parties' resources to extend sanofi's deadline to respond to the Complaint by 28 days, to allow the Judicial Panel on Multidistrict Litigation to determine whether this case should be transferred to the pending MDL;

IT IS HEREBY STIPULATED AND AGREED by the parties, through their counsel, that sanofi's time to answer or otherwise respond to the Complaint shall be extended by 28 days.  Sanofi's new deadline to answer or otherwise respond to the Complaint is October 25, 2017.

| | | |
|---|---|---|
| Dated: September 27, 2017 | | SHOOK, HARDY & BACON L.L.P. |

                                                   By:  */s/   Eva M. Weiler*
                                                                  EVA M. WEILER

                                                        Attorneys for Defendant
                                                        sanofi-aventis U.S. LLC

Dated: September 27, 2017          GOMEZ TRIAL ATTORNEYS

                                                   By:  */s/   Ahmed S. Diab*
                                                           (as authorized on 9/27/17)
                                                              AHMED S. DIAB

                                                        Attorneys for Plaintiffs
                                                        ROSEMARY CALKINS and LARRY
                                                        CALKINS