ERIN M. BOSMAN (CA SBN 204987)
EBosman@mofo.com
JULIE Y. PARK (CA SBN 259929)
JuliePark@mofo.com
MORRISON & FOERSTER LLP
12531 High Bluff Drive
San Diego, California 92130-2040
Telephone: 858.720.5100
Facsimile: 858.720.5125

Attorneys for Defendant
MCKESSON CORPORATION
d/b/a MCKESSON PACKAGING SERVICES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEMARY CALKINS and LARRY CALKINS,<br><br>Plaintiffs,<br><br>v.<br><br>SANOFI S.A., AVENTIS PHARMA S.A., SANOFI-AVENTIS U.S. LLC, separately, and doing business as WINTHROP U.S., HOSPIRA WORLDWIDE, INC.; and SUN PHARMA GLOBAL INC.; and McKESSON CORPORATION d/b/a McKESSON PACKAGING; and SANDOZ INC.; and ACCORD HEALTHCARE INC.; and PFIZER, INC.; and ACTAVIS PHARMA, INC.; and NORTHSTAR RX LLC; and EAGLE PHARMACEUTICALS, INC.,<br><br>Defendants | Case No. 2:17-cv-01954-WBS-GGH<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR MCKESSON TO RESPOND TO THE COMPLAINT**<br><br>The Honorable William B. Shubb<br><br>Case Removed: September 20, 2017 |

| 1 | Plaintiffs Rosemary Calkins and Larry Calkins ("Plaintiffs") and defendant McKesson
2 | Corporation d/b/a McKesson Packaging Services ("McKesson"), through their undersigned
3 | counsel, hereby stipulate as follows:
4 |     WHEREAS, Plaintiffs filed the Complaint in this case on March 30, 2017, in the Superior
5 | Court of California, Sacramento (Case No. 34-2017-00210317);
6 |     WHEREAS, McKesson was served on April 6, 2017;
7 |     WHEREAS, Defendant sanofi-aventis U.S. LLC removed this case to this Court on
8 | September 20, 2017;
9 |     WHEREAS, McKesson's deadline to respond to the Complaint is September 27, 2017;
10 |     WHEREAS, this case is related to the cases pending in a coordinated Multidistrict
11 | Litigation (MDL) in the Eastern District of Louisiana: *In re Taxotere (Docetaxel) Products
12 | Liability Litigation*, Case No. 16-md-2740-KDE-MBN (*see* Notice of Related Cases, ECF No. 3);
13 |     WHEREAS, the Parties anticipate that this case will be subject to transfer to the pending
14 | MDL;
15 |     WHEREAS, the Parties agree that it will conserve the Court's and the Parties' resources
16 | to extend McKesson's deadline to respond to the Complaint until 30 days after the Judicial Panel
17 | on Multidistrict Litigation determines whether this case should be transferred to the pending
18 | MDL;
19 |     IT IS HEREBY STIPULATED AND AGREED by the Parties, through their counsel, that
20 | McKesson's time to respond to the Complaint shall be extended until 30 days following entry of
21 | an order by the Judicial Panel on Multidistrict Litigation determining whether this case should be
22 | transferred to the pending MDL.

| | | |
|---|---|---|
| 1 | Dated: September 26, 2017 | MORRISON & FOERSTER LLP |
| 2 | | |
| 3 | | By: /s/ Julie Y. Park |
| 4 | | Julie Y. Park |
| 5 | | Attorneys for Defendant<br>MCKESSON CORPORATION d/b/a<br>MCKESSON PACKAGING SERVICES |
| 6 | | |
| 7 | Dated: September 26, 2017 | GOMEZ TRIAL ATTORNEYS |
| 8 | | |
| 9 | | |
| 10 | | By: /s/ Ahmed S. Diab (as authorized on 9/26/17)<br>Ahmed S. Diab |
| 11 | | Attorneys for Plaintiff<br>PATRICIA STEDTNITZ |

**IT IS SO ORDERED.**

Dated: September 28, 2017

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING MCKESSON'S TIME TO RESPOND TO THE COMPLAINT
CASE NO. 3:17-CV-5470-WBS-GGH
sd-706830

2